OPINION — AG — **** ELECTED OFFICIAL CANNOT WITHDRAW FROM RETIREMENT SYSTEM UNTIL TERMINATION OF EMPLOYMENT **** PURSUANT TO 74 O.S. 1971 917 [74-917], ONCE AN ELECTED STATE OFFICIAL HAS ELECTED TO JOIN THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM, HE MAY NOT WITHDRAW ANY ACCUMULATED CONTRIBUTIONS WHILE STILL SERVING AS AN ELECTED STATE OFFICIAL. CITE: OPINION NO. 63-413 (LARRY L. FRENCH)